▉ In the Matter of the Arbitration between MORRIS ELMAN, Appellant, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent. MORRIS ELMAN, Appellant, v. EAST COAST INSURANCE COMPANY, Respondent.— Order unanimously reversed, on the law and in the exercise of discretion, and the motion to add East Coast Insurance Company as a party granted, without costs or disbursements. (See CPLR 401; 1 Weinstein-Korn-Miller, par. 401.06; *MVAIC* v. *National Grange Mut. Ins. Co.*, 26 A D 2d 6, 7, affd. 19 N Y 2d 115.) Under the circumstances, adding East Coast as a party will avoid a multiplicity of suits. Since the issue of disclaimer is directly involved in the pending special proceeding, the rights of the parties vis-a-vis East Coast should also be adjudicated in one proceeding, and should not have to await subsequent litigation. (Cf. *Matter of Lakeland Water Dist.* v. *Onondaga County Water Auth.*, 29 A D 2d 1042; *Matter of Mandis* v. *Gorski*, 24 A D 2d 181; *Matter of Gunter* v. *Gunter*, 47 Misc 2d 861.) The trial of the preliminary issue is, however, stayed for the period of 20 days after service of a copy of the order to be entered herein, during which period East Coast, if so advised, may institute an action for a declaratory judgment, in which event the stay of the trial of said issue is continued pending determination of that action, otherwise the trial of the preliminary issue shall proceed with East Coast Insurance Company as an added party at the expiration of said 20-day period and after compliance with the provisions of the order to be entered herein. Settle order on notice, including directions for service of an amended notice of application and amended or supplemental petition on East Coast Insurance Company, with leave to such company to answer. Concur — Eager, J. P., Capozzoli, McGivern and McNally, JJ.